```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

PATRICK RAMSEY,                  :

    Plaintiff,               :

vs.                              :
                                       CIVIL ACTION 05-0424-M

JO ANNE B. BARNHART,             :
Commissioner of
Social Security,                 :

    Defendant.               :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Patrick Ramsey.

DONE this 25th day of January, 2006.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE